VICTOR SHERMAN, ESQ. (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405
Telephone:  (310) 399-3259
Facsimile:  (310) 392-9029
Email:  ssvictor@aol.com

Attorney for Defendant
PHIC LIM

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 11-1075-SJO |
| Plaintiff, | DEFENDANT, PHIC LIM'S, SENTENCING POSITION |
| vs. | DATE:  February 8, 2016 |
| PHIC LIM, | TIME:  9:00 a.m. |
| Defendant. | PLACE:  Courtroom of Hon. S. James Otero |

    Defendant, Phic Lim, hereby submits his Sentencing Position in the within matter.

DATED: February 4, 2016               Respectfully submitted,

                                                 /s/Victor Sherman
                               By:  _____
                                                 VICTOR SHERMAN
                                                 Attorneys for Defendant
                                                 Phic Lim

# I.

## RECOMMENDATION OF PROBATION OFFICER

On January 29, 2016 the United States Probation Office filed the Presentence Investigative Report. The Probation Officer calculated a guideline range consistent with the stipulation in the Plea Agreement, and recommended a sentence of one year and one day and a $3,000.00 fine. Likewise, in the Plea Agreement entered into in this matter, the parties agreed, pursuant to Federal Rule of Criminal Procedure §11(c)(1)(C), that the defendant would receive a sentence of one year and one day. There was no mention of community service or the imposition of any specific fine. The parties did agree, at the time the plea was taken, that restitution was not an issue.

# II.

## THE SENTENCE RECOMMENDED BY THE PROBATION OFFICE IS CONSISTENT WITH THE SENTENCE IMPOSED BY JUDGE PREGERSON AGAINST DEFENDANT'S WIFE, THEANA KHOU

Defendant committed the conduct underlying the case jointly with his wife, Theana Khou. On November 21, 2013, Judge Pregerson, in Case No.: CR 11-00922, sentenced Ms. Khou to a term of imprisonment of one year and one day. (Defendant was a co-defendant with his wife.) The Court also ordered Ms. Khou to pay a special assessment of $500.00, but did not impose a fine. In the same case, after three weeks of trial, Judge Pregerson, in October, 2014, made a finding that the government committed numerous <u>Brady</u> violation as to defendant Lim. Thereafter, the government filed a Motion to Dismiss the charges, which was granted by the Court.

As the government concedes, the same sentence is appropriate for Mr. Lim as in Ms. Khou's case, in order to avoid unwarranted sentencing disparity. As this

1. Court can see, Judge Pregerson considered all the relevant 3553 factors, and
2. imposed Ms. Khou's prison sentence , but did not impose a fine or community
3. service.  Although the defendant has significant assets, it is also true that he had to
4. borrow hundreds of thousands of dollars to defend himself in the case before
5. Judge Pregerson, in addition to spending months and years in preparation thereof
6. and actually being in trial for more than three weeks.  It is clear that Mr. Lim
7. suffered a heavy price, both emotionally and financially in defending himself in
8. the <u>Mikaelian</u> case, which was dismissed based upon government misconduct.
9. Therefore, defendant respectfully requests that this Court impose the sentence of
10. one year and one day, that it take into consideration that the Plea Agreement did
11. not mention the possibility of community service and that it recognizes that the
12. defendant has already paid a heavy financial price in defending himself in the
13. <u>Mikaelian</u> matter.

### III.

### FINANCIAL CONDITION

16.     In the Probation Report prepared in this matter, the Probation Officer
17. calculated, at page 14 thereof, that the defendant had cash in a bank account
18. (Priority One) in the amount $56,897.00 and stocks in the amount of $44,326.00.
19. In fact, the defendant had $9,699.81 as of January 1, 2016, and an additional
20. $46,213.42, as of December 31, 2015 in a money market account. These
21. documents are attached hereto, marked Exhibit "A" and "B" respectively. The
22. error occurred because in the financial statement submitted to the Probation
23. Officer, the defendant listed the checking account at Priority One as having a
24. balance of $10,678.04, and a balance of $46,213.42 in the money market with
25. Fidelity.  Said document is attached hereto, marked Exhibit "C" and incorporated
26. herein by reference.  The balances are at page 9 of said document. The problem
27. was the money in the money market was counted twice, both as cash and stocks,
28. and that is why the Probation Officer came up with the figure of $56,897.00 as

cash on hand. In other words, the stocks were counted twice, both as stocks and as cash. The correct numbers are shown in Exhibit "D," which is attached hereto and incorporated herein by reference.

In addition, the Probation Officer valued the defendant's home, based upon Zillow.com at the sum of $5,195,322.00. This is a widely inflated figure. For instance, if you go to another internet site, Trulia.com, the home is estimated at the sum of $3,710,000.00, a difference of almost $1,500,000.00 million dollars. A copy of the estimated value from Trulia is attached hereto, marked Exhibit "E" and incorporated herein by reference.

The Court will note that defendant's monthly expenses are more than twice his monthly cash flow, which were all documented by the Probation Officer. Mr. Lim and his wife have been borrowing from family members since his arrest in this case, since he is unable to obtain gainful employment due to the two federal indictments. In the last two tax returns filed with the IRS, Mr. Lim showed income in 2013 of $62,550.00 and a loss in 2014 in the sum of $854,711.00. Besides owing family members a total of $663,000.00, Mr. Lim and his wife were forced to sell an apartment building they owned in Long Beach in order to even attempt to pay their current bills. The family's only current income is the monthly rental from the tenants living in their family home. Mr. Lim and his wife are currently living in Echo Park, in a house owned by the parents of defendant's wife. The defendant lives in this house with his in-laws, his wife, two daughters and his brother-in-law, a total of 7 people.

Lastly, Judge Pregerson found that pursuant to Section 5E1.2(e) of the Guidelines, all fines should be waived, as he found that such sanction would place an undue burden on the defendant's dependents.

///

///

///

## IV.
## **CONCLUSION**

Counsel for the defendant and counsel for the government negotiated over a period of many months in an attempt to settle this matter. In the end, both sides agreed that the appropriate sentence for the defendant was the same sentence imposed on the defendant's wife, as the two defendants were pleading to essentially the same crime and Judge Pregerson had made an independent determination as to the appropriate sentence. For these reasons, the parties entered into the 11(c)1(C) disposition, In reaching this agreement, counsel for the defendant gave up the opportunity to argue for a reduced sentence, even though the minimum guidelines were less than the year and a day in the Plea Agreement. Counsel would, therefore, request that this Court impose the sentence that both sides agreed upon in the Plea Agreement, to wit, one year and one day. Defendant is prepared to commence his sentence as soon as possible, and would ask the Court to set a self-surrender date of approximately three weeks, to give the Bureau of Prisons sufficient time to designate the place of incarceration. Defendant would further request the Court recommend an institution in Southern California.

DATED: February 4, 2016                                  Respectfully submitted,


/s/Victor Sherman

By: _____
VICTOR SHERMAN
Attorney for Defendant
Phic Lim